EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br> Héctor R. Santos Rivera | 2008 TSPR 51<br><br>173 DPR _____ |

Número del Caso: TS-6666

Fecha: 25 de marzo de 2008

Abogado de la Parte Peticionaria:

            Por Derecho Propio

Oficina de Inspección de Notarías:

            Lcda. Lourdes I. Quintana Lloréns
            Directora

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor R. Santos Rivera                 TS-6666

RESOLUCION

San Juan, Puerto Rico, a 25 de marzo de 2008.

Evaluada la "Moción Informativa en Cumplimiento de Orden y Reiterando Solicitud y la Moción Informativa de la Oficina de Inspección de Notarías", y habiendo cumplido el señor Héctor R. Santos Rivera con el término de un (1) mes de la suspensión a la abogacía y a su vez con todos los señalamientos realizados por la Oficina de Inspección de Notarías a su obra notarial, lo reinstalamos a la abogacía.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                          Aida Ileana Oquendo Graulau
                          Secretaria del Tribunal Supremo